UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-349 PAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| ALONZO WILLAIMS, | ) | |
| | ) | |
| Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

00-349 PAM

Defendant Name

ALONZO WILLIAMS

Remove AUSA

Andrew S. Dunne

Add AUSA

Michael L. Cheever

Dated: June 30, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

s/Jeffrey S. Paulsen

BY: Jeffrey S. Paulsen
Assistant U.S. Attorney