PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

RECEIVED

SEP 16 2008

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

**United States v. Alphonzo Irvin Williams**

**Docket No. 0:00CR00349-002(PAM)**

**Petition on Supervised Release**

COMES NOW **Mark A. Mills**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Alphonzo Irvin Williams** who was sentenced for Possession with Intent to Distribute Cocaine on August 28, 2001, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Alcohol Restrictions
Do Not Frequent Bars

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another felony, state, or local crime.

STANDARD CONDITION: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

Mr. Williams pled guilty on June 17, 2008, to Gross Misdemeanor Domestic Assault-Strangulation in Dakota County, Minnesota. Mr. Williams did not report this conviction to this officer.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

SCANNED
SEP 16 2008
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 12th day of Sept 2008, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Mark A. Mills
Senior U.S. Probation Officer
Telephone: 612-664-5376

Executed on September 8, 2008
Place Minneapolis

Approved:

Curtis L. Stevens
Supervising U.S. Probation Officer

c: United States Sentencing Commission