Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Alphonzo Irvin Williams

Docket No. 0:00CR00349-002

## HEARING WAIVER

I, Alphonzo Irvin Williams, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

Signed: [signature]
Alphonzo Irvin Williams

Witness: [signature]

Dated: 09/02/08

SCANNED
SEP 16 2008
U.S. DISTRICT COURT ST. PAUL